In the United States District Court
For the District Of Colorado

Clarence Wayne Seeley III,
   Plaintiff,

v.

Brian Whitney,
Alexander Duncan,
Raymond Allen,
Nikea Tanisha Bland,
Idris Chambers,
Dolores Martinez,
   Defendants,

Case No. 24-cv-01013-LTB-STV

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 27 2025
JEFFREY P. COLWELL
CLERK

## * NOTICE OF APPEAL / FILING FEE *

- Comes Now, Clarence Wayne Seeley III, Plaintiff, And Am Sending $510.00, And A Separate, NOTICE OF APPEAL, Because As A Prisoner I Don't Get To Handle My Money, And Get A Chance To Send "BOTH" @ the Same time. I Sent The 1st, Notice Of Appeal, Due To Making Sure The Court Is Notified (Then) I Got All The Deputies Aware, And Money Order Filled-Out, And Since This Facility Don't Send Money Orders Until Wednesday Every Week, It's (NOT) Quick To Get Out. The $510.00 Is Coming!

- And If It's NOT Correct Amount Please Make Sure the NOTICE OF APPEAL AND Filing Fee Is Paid.

* Money Order Sent To You Today.

* <u>This Is 2nd NOTICE OF APPEAL IN CASE 1st Didn't Make it</u>
* After The Filing Fees Are Paid, And My Appeal Is Paid For, We Can Figure Out The Rest. This Is (ALSO) For Any Extra Copies Needed. And The Rest Of The Costs Can Be Charged To The Loser Of This Appeal, And (ANY) Other Appeal Format. District Court Took $405.00, And It's Crazy Because I Sent 100% Evidence That Proves Everything I've Said !? I Lost Everything Due To This Case, And I'm In Prison (As We Speak) Because Of This Case!
• Well, What The Defendants Done, And Laughed In My Face!

Respectfully
x Clarence Wayne S.L. III #185317
x Clarence Wayne Seeley III #185317

Date:
1-27-25

• I Haven't Heard Of 1st Getting Filed And This Facility Has Been Illegally Messing With My Legal Mail, So, I'm Sending Back-Up NOTICE OF APPEAL. Please Let Me Know, If, You've Filed Either?

# CERTIFICATE OF SERVICE.

- Comes Now, Clarence Wayne Seeley III, #185317, PRO SE, And Am Sending Legal Mail Thru The U.S. Postal Services On The 24th Day Of ~~December~~ January, 2025 And To The U.S. District Court; 901-19th St. Rn A105; Denver, Co. 80294. (Serve Upon (All) Defendants Copies)

Respectfully,

Date:
~~[scribbled]~~
1-24-25

x _Clarence Wayne Seeley III_, 185317
x _Clarence Wayne Seeley III_, 185317



Envelope:

From:
Colorado Department of Corrections
Name: Clarence Seeley III
Register Number: #185317
Unit: F6-15
Box Number: P.O. Box 777
City, State, Zip: Canon City, Co 81215

Postmark: DENVER CO 802 — 23 JAN 2025 PM 4 L

To:
Clerk of the:
U.S. District Courts
901-19th St. RM A105
Denver, Co
80294

CSP Redusive Seeley 1-22-25 CR
185317   32124   Cw3